# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| **JIMMY WILEY,** | Case No. 2:10-CV-09948-DMG-AGR |
| Plaintiff, | **ORDER DISMISSING ACTION [14]** |
| vs. | |
| **AAR REPOSSESSION SERVICE, INC. dba ACTION AUTO RECOVERY, erroneously sued as ACTION AUTO RECOVERY, LLC,** | |
| Defendant. | |

Pursuant to the parties' Stipulation to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear his/its own costs.

IT IS SO ORDERED.

Dated: March 20, 2012

_____
DOLLY M. GEE
United States District Judge